TECNO POULTRY, Inc. v. Tecno Poultry Equipment, SpA TECNO POULTRY, Inc. v. Tecno Poultry, Inc. v. Tecno Poultry, Inc. v. Tecno Poultry, Inc. v. Tecno Poultry Equipment, SpA TECNO POULTRY, Inc. v. Tecno Poultry Equipment, SpA Tecno Poultry Equipment, SpA Tecno Poultry Equipment, SpA Tecno Poultry Equipment, SpA Tecno Poultry Equipment, SpA Tecno Poultry Equipment, SpA Tecno Poultry, Inc. Poultry Equipment, SpA Tecno Poultry Equipment, SpA Tecno, Inc. Poultry Equipment, SpA